FILED

AUG 14 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jerome L. Grimes,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　Civil Action No. 17-1387 (UNA)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
Maryland Department of Health　　　)
and Mental Hygiene et al.,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　)

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff currently resides at a psychiatric hospital in Sykesville, Maryland. He has filed a complaint under 42 U.S.C. § 1983 for, among other alleged wrongs, "conspiracy, mail tampering, invasion of privacy with terror intent, [and] intimidation." Compl. Caption. Plaintiff seeks $30,000 in monetary relief. *See id.* The complaint consists of random words and phrases that fail to provide any notice of a claim and the basis of federal court jurisdiction. A separate order of dismissal accompanies this Memorandum Opinion.

Date: August \_\_11\_\_, 2017

_____
United States District Judge